IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. HALL,

    Plaintiff,                    No. CIV S-04-1957 FCD KJM P

  vs.

D. RUNNELS, et al.,

    Defendants.

_____/      ORDER

        The court's docket reveals that on November 22, 2004, plaintiff filed a document titled "Amended Petition For Writ of Habeas Corpus." Also on November 22, 2004, plaintiff submitted a letter regarding the petition. Even though the docket shows the documents were filed, they do not appear in the court's file.[1]

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within twenty days of this order, plaintiff shall resubmit his November 22, 2004 "Amended Petition For Writ of Habeas Corpus" and his November 22, 2004, letter regarding the petition.

/////

---

[1] In response to the court's inquiry, the Clerk's Office has not been able to locate the documents.

1

1       2.  If plaintiff does not resubmit the documents, the court will proceed to screen
2  plaintiff's August 15, 2005 amended complaint as required by 28 U.S.C. § 1915A(a).
3  DATED: October 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1  
hall1957.rfh