1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ANDREW HALL,

11               Plaintiff,                     No. CIV S-04-1957 FCD KJM P

12        vs.

13   D.L. RUNNELS, et al.,

14               Defendants.                    <u>ORDER</u>

15   _____/

16           Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed May 22, 2006, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20           The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b) against defendant Wright.  If the allegations of the amended

22   complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of claims

23   under the First and Eighth Amendments against defendant Wright.  With respect to the

24   remainder of claims and defendants identified in plaintiff's amended complaint, the amended

25   complaint fails to state a claim upon which relief can be granted.  Therefore, the court will order

26   service of process only upon defendant Wright.

                                        1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Wright.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed June 22, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form; and

   d. Two copies of the endorsed amended complaint filed June 22, 2006.

4. Plaintiff need not attempt service on defendant Wright and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Wright pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  January 8, 2007.

_____
U.S. MAGISTRATE JUDGE

1
wrig1957.1(6.22.06)

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ANDREW HALL,

11           Plaintiff,                          No. CIV-S-04-1957 FCD KJM P

12       vs.

13   D.L. RUNNELS, et al.,                       NOTICE OF SUBMISSION

14           Defendants.                         OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           ___1___        completed summons form

19           ___1___        completed USM-285 form

20           ___2___        copies of the ___6/22/2006_____
                                          Amended Complaint
21   DATED:

22

23                                      _____
                                        Plaintiff
24

25

26