1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ANDREW HALL,

11            Plaintiff,              No. CIV S-04-1957 FCD KJM P

12        vs.

13   D.L. RUNNELS, et al.,

14            Defendant.             <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with and action for violation of civil

17   rights under 42 U.S.C. § 1983.  On July 3, 2007, defendant Wright filed a motion to compel

18   plaintiff to appear at a deposition on July 23, 2007.  However, defendant Wright failed to

19   establish any cause for granting a motion to compel.  Plaintiff's deposition was noticed by

20   defendant Wright for July 23, 2007.  The court can only compel plaintiff to attend a deposition if

21   he fails to appear after being given notice.  <u>See</u> Fed. R. Civ. P. 37(d).  In any case, the request is

22   moot.

23   /////

24   /////

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that defendant Wright's July 3, 2007

2  motion to compel is denied.

3  DATED:  October 9, 2007.

4                                                           _____
                                                            U.S. MAGISTRATE JUDGE
5

6  1
   hall1957.mtc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26