IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                     No. CIV-S-04-1957 FCD KJM P

   vs.

D. L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

                            /

        On October 19, 2007, defendant filed a motion for summary judgment pursuant. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion for summary judgment. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: February 8, 2008.

                                                   U.S. MAGISTRATE JUDGE

1
hall1957.46