IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

        Plaintiff,                     No. CIV S-04-1957 FCD KJM P

   vs.

D. L. RUNNELS, et al.,

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2007, defendant Wright filed a motion for summary judgment. On February 8, 2008, the court ordered plaintiff to file an opposition to the motion within thirty days and plaintiff was warned that if he did not file an opposition this action would be dismissed under Federal Rule of Civil Procedure 41(b). The thirty day period of time allotted to plaintiff for the filing of his opposition has passed and plaintiff has not filed an opposition.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1 | objections with the court and serve a copy on all parties.  Such a document should be captioned
2 | "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised
3 | that failure to file objections within the specified time may waive the right to appeal the District
4 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 | DATED:  March 14, 2008.

_____
U.S. MAGISTRATE JUDGE

1
hall1957.46