IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                   No. CIV S-04-1957 FCD KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.         <u>ORDER</u>

                            /

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] In his objections, plaintiff asserts he could not file an opposition to defendant Wright's motion for summary judgment before the March 9, 2008 deadline because he had been arrested and placed in the Los Angeles County Jail on February 29, 2008. While this may be, this does not explain plaintiff's failing to request an extension of time to file his opposition before the deadline ran out.

1

1	In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and
4 by proper analysis.

6	Accordingly, IT IS HEREBY ORDERED that:
7	1. The findings and recommendations (docket no. 36), are adopted in full; and
8	2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).
9 DATED: April 17, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE